

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2018

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

# O R D E R

On February 27, 2018, this court denied Appellants' motion for rehearing. A motion for en banc reconsideration was due on March 14, 2018. *See* TEX. R. APP. P. 49.7.

Before the due date, Appellants filed a motion for a thirty-day extension of time to file a motion for en banc reconsideration.

Appellants' motion for extension of time is GRANTED. Appellants' motion for en banc reconsideration is due on April 13, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court